# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JERRY EGEMO,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>A Delaware corporation,<br><br>Defendant. | Case No:_____<br><br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff JERRY EGEMO, by and through his undersigned Counsel, as and for his Complaint against Defendant UNION PACIFIC RAILROAD COMPANY, states and alleges as follows:

## IDENTIFICATION OF THE PARTIES

1. That at all times material herein, Plaintiff Jerry Egemo was employed by and working for Defendant Union Pacific Railroad Company.

2. That at all times material herein, Plaintiff was a resident and citizen of the state of Iowa.

3. That at all times material herein, Defendant Union Pacific Railroad Company was and is a corporation duly organized and existing under the laws of the State of Delaware and is engaged as a common carrier of freight for hire in interstate commerce and was operating an interstate system of railroads in and through the several states, including the state of Iowa, and is registered with the Iowa Secretary of State to do business in Iowa.

1

## STATEMENT OF JURISDICTION AND VENUE

4. That the Court has jurisdiction over Defendant Union Pacific Railroad Company pursuant to the Federal Employers' Liability Act (FELA), 45 U.S.C. §§51-60, and that this action is timely commenced within the meaning of 45 U.S.C. § 56.

5. That Plaintiff brings this action under the Federal Employer's Liability Act ("FELA"), 45 U.S.C. §51 *et seq*.

6. That venue is proper in this Court because the conduct that gave rise to the cause of action occurred in Boone County Iowa.

## FACTUAL ALLEGATIONS

7. That all times material herein, Plaintiff Jerry Egemo was in the employ of Defendant Union Pacific Railroad Company, and that at the time of the occurrence of the incident described herein, Mr. Egemo was performing his assigned duties as an employee in the method and manner required by Defendant Union Pacific Railroad Company.

8. That on December 19, 2019, Plaintiff Jerry Egemo was working as a locomotive engineer and was required to deboard the train at or near Milepost 207 near Boone, Iowa at night in order to change crews.

9. That the conditions around the location where Plaintiff was required to deboard the train were unsafe for walking due to large uneven ballast, debris, angled ballast walking conditions, and piles of ties.  Further, the location was not a safe crew change point because there was no lighting, no pad to deboard, no yard or small ballast on right of way for walking.  The location where Plaintiff was required to

walk had been reported as hazardous due to no lighting, no crew change pad to deboard, and unsafe walking conditions.

10. That Defendant Union Pacific Railroad Company was negligent in requiring Plaintiff to deboard the train at this location.   Union Pacific knew or should have known this work practice was unsafe and that Milepost 207 was an unsafe location due to unsafe walking conditions and lack of any lighting.

11. As a direct result of Defendant's negligence, Plaintiff fell to the ground and sustained head injuries, injuries to his spine, shoulders and right knee.

12. That the injuries Plaintiff suffered, and the resulting damages were caused, in whole or in part, by the negligence of the Defendant, by and through its agents and employees, in violation of the FELA, Federal Railroad Administrative Regulations and other safety statutes and regulations enacted pursuant thereto.

13. As a result, in whole or in part, of Defendant's negligence and violations, and that of its agents and employees, Plaintiff has suffered in the past and will continue in the future to suffer pain, suffering and loss of enjoyment of life.

14. As a result, in whole or in part, of Defendant's negligence and violations, and that of its agents and employees, Plaintiff has lost wages in the past and will suffer loss of earning capacity in the future.

15. As a result, in whole or in part, of Defendants negligence and violations, and that of its agents and employees, Plaintiff has spent and will continue to spend monies for medical and related care.

**WHEREFORE**, Plaintiff asks this Court to enter judgment in his favor and against Defendant Union Pacific Railroad Company in an amount sufficient to fully compensate him for damages and injuries to be proven at trial, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000), together with his costs and disbursements and whatever other and further relief the Court deems just and proper under the law.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury.

/s/ Robert M. Livingston
Robert M. Livingston   #AT0004728
STUART TINLEY LAW FIRM LLP
300 West Broadway, Suite 175
Council Bluffs, Iowa   51503
Telephone: 712.322.4033
Facsimile: 712.322.6243
Email:   rml@stuarttinley.com

and

Fredric A. Bremseth
BREMSETH LAW FIRM, P.C.
601 Carlson Parkway, Suite 1050
Minnetonka, MN 55305
Telephone:   952-475-2800
Email:   fbremseth@bremseth.com
(Anticipated Pro Hac Vice Admission)

ATTORNEYS FOR PLAINTIFF